**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 JORGE LUIS ESTRELLA LORA,

                       Plaintiff,                25 **CIVIL** 8360 (JCM)

     -v-                               **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
-------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated June 23, 2026, the Commissioner's decision be,

and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of

Social Security, for further administrative proceedings and a new decision pursuant to the fourth

sentence of 42 U.S.C. § 405(g).

**Dated:**  New York, New York

     June 23, 2026

                                  **TAMMI M. HELLWIG**
                                _____
                                  **Clerk of Court**

                                  K. Mango
              **BY:**
                                  _____
                                  **Deputy Clerk**